UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE CYNTHIA JOANNOU REVOCABLE
TRUST, by its Trustee Cynthia M. Joannou,
individually and on behalf of all others similarly
situated,

                Plaintiffs,

-vs-                                                        Case No. 2:10-cv-380-FtM-36SPC

BP, PLC, BP AMERICA, INC., BP PRODUCTS
NORTH AMERICA, INC., BP AMERICAN
PRODUCTION COMPANY, BP EXPLORATION
& PRODUCTION, INC., TRANSOCEAN LTD,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH,
HALLIBURTON ENERGY SERVICES, INC.,
ANADARKO PETROLEUM CORP.,
ANADARKO E&P COMPANY, LP, MOEX
OFFSHORE 2007, LLC and CAMERON
INTERNATIONAL CORPORATION,

                Defendants.
_____/

## **ORDER**

This matter comes before the Court on BP Defendants' Unopposed Motion For Stay of Proceedings Pending Determination by the Judicial Panel on Multidistrict Litigation (Doc. #14) filed on July 12, 2010.

This case is one of over 300 filed in various state and federal courts in the southeastern United States arising out of an explosion and fire aboard Transocean's Deepwater Horizon drilling rig on April 20, 2010, and the ensuing oil spill from the BP well located on Mississippi Canyon Block 252. On May 7, 2010, BP moved to consolidate the many cases related to the Deepwater

Horizon explosion before the Judicial Panel for Multidistrict Litigation pursuant to 28 U.S.C. § 1407. This motion is to be heard by the Panel on July 29, 2010. This case was included as a Related Case in an Amendment to the original Motion to Consolidate that BP filed on June 22, 2010. The Parties have agreed to a stay of proceedings pending a transfer decision by the JPML. Numerous cases across the Southeastern United States have been stayed pending transfer.

District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001). Having reviewed the Motion, the Court finds good cause to grant the stay.

Accordingly, it is now **ORDERED:**

(1)  BP Defendants' Unopposed Motion to Stay Proceedings (Doc. #14) is **GRANTED**. All proceedings in this case are temporarily stayed pending the JPML's final decision on whether to consolidate the actions arising from the Deepwater Horizon explosion.

(2)  The Parties shall file a status report as soon as a decision has been made by the JPML as to the request to consolidate cases.

**DONE AND ORDERED** at Fort Myers, Florida, this ___13th___ day of July, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record